IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ervin Triplett, Jr., :
:
       Plaintiff(s), :
: Case Number: 1:14cv387
  vs. :
: Chief Judge Susan J. Dlott
Wanza Jackson, et al., :
:
       Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 16, 2014 a Report and Recommendations (Doc. 2).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Docs. 4 and 5 which are the same).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Plaintiff's motion to proceed *in forma pauperis* (Doc. 1) is **DENIED.**

Plaintiff is ordered to pay the full $400 filing fee ($350 plus $50 administrative fee) required to commence this action within 30 days and  plaintiff is notified that his failure to pay the full $400 within 30 days will result in the dismissal of this case.  *See In re Alea,* 286 F.3d 378, 382 (6th Cir. 2002).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order

adopting the Report and Recommendation will not be taken in good faith. *See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

    IT IS SO ORDERED.

                                             ___s/Susan J. Dlott_____
                                             Chief Judge Susan J. Dlott
                                             United States District Court