IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ervin Triplett, Jr., :
:
       Plaintiff(s), :
: Case Number: 1:14cv387
vs. :
: Judge Susan J. Dlott
Wanza Jackson, et al., :
:
       Defendant(s). :

ORDER

       The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on March 4, 2015 (Doc. 10), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 23, 2015, hereby ADOPTS said Report and Recommendation..

       Accordingly, the case is hereby dismissed for plaintiff's failure to pay the full filing fee as ordered by the Court.

       Plaintiff is assessed the full filing fee of $400.00.

       The Clerk of Court is DIRECTED to mail a copy of the any Order adopting the Report and Recommendation along with instructions for payment of prisoner filing fee to the Cashier of the Southern Ohio Correctional Facility and the Cashier is hereby directed as follows:

> The prison's Cashier shall deduct and forward to the Clerk of Court, 20 % of the preceding month's income credited to plaintiff's account each time the amount in the account exceeds $10.00 until the full fee has been paid.

       The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of this Court's order will not be taken in good faith. *See McGore,* 114.F.3d 601.

       IT IS SO ORDERED.

       ___s/Susan J. Dlott_____
       Judge Susan J. Dlott
       United States District Court